UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANK SENIOR, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

           Plaintiffs,

           v.

MOTION MEDIA, LLC,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-10011

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), FRANK SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, MOTION MEDIA, LLC, with prejudice and without fees and costs.

Dated: New York, New York
       January 3, 2023

                                                     **GOTTLIEB & ASSOCIATES**

                                                     <u>/s/Michael A. LaBollita, Esq.</u>

                                                 Michael A. LaBollita, Esq., (ML-9985)
                                                            150 East 18th Street, Suite PHR
                                                                    New York, NY 10003
                                                                        Phone: (212) 228-9795
                                                                           Fax: (212) 982-6284
                                                                      Michael@Gottlieb.legal

                                                                    *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge